No. 1260. PEPPERELL MANUFACTURING Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Frank A. Constangy* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent.

No. 1263. JAPAN LINE, LTD., ET AL. *v.* SABRE SHIPPING CORP. C. A. 2d Cir. Certiorari denied. *Philip A. Ryan* for Japan Line, Ltd., et al., and *A. Vernon Carnahan* for Maritime Co. of the Philippines, petitioners. *Leon Silverman* for respondent.

No. 1265. ALPHA-CONTINENTAL ET AL. *v.* UNITED STATES FOR THE USE OF F. E. ROBINSON Co. OF N. C., INC., ET AL. C. A. 4th Cir. Certiorari denied. *R. M. Ginsberg* and *Jack D. Eades* for petitioners. *John H. Anderson* for respondents.

No. 1287. RICH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Barry L. Garber* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1288. McLANEY *v.* TIME, INC., DBA "LIFE." C. A. 5th Cir. Certiorari denied. *J. B. Spence* for petitioner. *Harold R. Medina, William S. Frates,* and *Larry S. Stewart* for respondent.

No. 1181. HOCHENEDEL *v.* LOUISIANA. Sup. Ct. La. Motion to dispense with printing petition granted. Certiorari denied.